UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | ) </br> ) </br> ) |
| *Plaintiff*, | ) </br> ) |
| v. | ) Civ. A. No. 18-00691 (TNM) </br> ) |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) </br> ) </br> ) |
| *Defendant*. | ) </br> ) </br> ) |

## ANSWER

Defendant U.S. Department of Education ("ED"), through undersigned counsel, hereby answers Plaintiff's Complaint as follows:

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Certain information responsive to the FOIA request is, or may be, exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### Third Defense

Defendant denies each and every allegation contained in the Complaint not expressly admitted in this Answer. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of the litigation.

**Defendant's Responses to the Numbered Paragraphs**

In response to the specifically enumerated paragraphs, as set forth in the Complaint, Defendant admits, denies, and otherwise avers as follows:

1. Paragraph 1 contains Plaintiff's characterization of this action to which no response is required.

**Jurisdiction and Venue**

2. Paragraph 2 consists of conclusions of law to which no response is required. To the extent that a response is required, Defendant admits that this Court has jurisdiction subject to the limitations of FOIA and that venue is proper in the judicial district.

**Parties**

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies them on that basis.

4. Defendant admits that it is a Federal agency. The remaining allegations contain conclusions of law to which no response is required. To the extent that a response is required, Defendant avers that the FOIA allows for the request and disclosure of responsive records.

**Statement of Facts**

5.–12. Paragraphs 5 to 12 contain Plaintiff's characterization of alleged background information relating to the TEACH Grant program and not allegations of fact pertinent to this FOIA action to which responses are required.

13. Defendant admits that Plaintiff's request was dated August 31, 2016, but denies that it received the request on that date. Defendant further states that it received the referenced FOIA request from Plaintiff on September 20, 2016. Defendant admits that the referenced FOIA request sought the specified records. Defendant respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

14. Defendant admits the allegations in Paragraph 14.

15. Defendant admits the allegations in Paragraph 15. Defendant further asserts that the December 9, 2016, letter should have noted that it was Defendant's "final" response, as opposed to an "interim" response. Defendant respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

16. Defendant admits the allegations in Paragraph 16.

17. Defendant admits the allegations in Paragraph 17. Defendant respectfully refers the Court to the email communications for a full and accurate statement of their contents.

18. Defendant admits the Plaintiff filed an administrative appeal on August 18, 2017. Defendant respectfully refers the Court to Plaintiff's appeal for a full and accurate statement of its contents.

19.–23. Paragraphs 19 to 23 consist of Plaintiff's characterization of its administrative appeal to which no response is required. Defendant respectfully refers the Court to Plaintiff's administrative appeal for a full and accurate statement of its contents.

24. Defendant admits the allegations in Paragraph 24.

25. Defendant admits the allegations in Paragraph 25.

## CAUSE OF ACTION
### (FOIA – Failure to Conduct an Adequate Search for Records)

26. Paragraph 26 consists of conclusions of law to which no response is required.

27. Paragraph 27 consists of conclusions of law to which no response is required.

## CAUSE OF ACTION
### (FOIA – Failure to Disclose Responsive Records)

28. Paragraph 28 consists of conclusions of law to which no response is required.

29. Paragraph 29 consists of conclusions of law to which no response is required.

**Prayer for Relief**

The remaining paragraph of the Complaint consists of Plaintiff's request for relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

WHEREFORE, having fully answered, Defendant respectfully prays that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of Defendant together with such other and further relief as the Court deems appropriate.

May 2, 2018                                        Respectfully submitted,

                                                   JESSIE K. LIU
                                                   D.C. Bar 472845
                                                   United States Attorney

                                                   DANIEL F. VAN HORN
                                                   D.C. Bar 924092
                                                   Chief, Civil Division

                              By:    /s/ Daniel P. Schaefer
                                                   DANIEL P. SCHAEFER
                                                   D.C. Bar 996871
                                                   Assistant United States Attorney
                                                   555 4th Street, N.W.
                                                   Washington, D.C. 20530
                                                   Tel: (202) 252-2531
                                                   E-mail: Daniel.Schaefer@usdoj.gov