**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | Civil Action No. 18-0691 (TNM) |

**JOINT STATUS REPORT**

Plaintiff Public Citizen, Inc. ("Public Citizen") and Defendant U.S. Department of Education ("ED") submit this joint status report in response to the Court's Minute Order dated October 31, 2018, in which the Court directed the parties to propose a schedule for further proceedings by November 29, 2018.

In their last Joint Status Report, the parties stated that ED was still researching and the parties were still conferring concerning various issues that Public Citizen raised in its August 22, 2018, letter regarding the adequacy of ED's search for responsive records. The parties stated that ED planned to make a further interim release by November 9, 2018, and that ED was still in the process of searching for other responsive records. They also represented that their counsel had scheduled a further call for November 15, 2018.

Plaintiff's statement: During negotiations over the last status report, Public Citizen requested that the parties include specific dates for further document production and a status conference in order to help keep negotiations on track. ED agreed to those dates but did not make a further interim release to Public Citizen on November 9, 2018, as it represented in the last joint

1

status report that it would, nor has it done so at any time since.[1] On November 14, 2018, counsel for ED emailed counsel for Public Citizen to say that he could no longer participate in the status call set for November 15 and cancelled the call without suggesting a time to reschedule. Public Citizen's counsel requested updates regarding the missed document production on three separate occasions but received no direct answer as to the status of those records. After counsel for Public Citizen suggested that she might seek a court order for future document production, counsel for ED arranged a brief telephone call on Monday, November 26, without agency counsel. Counsel for ED was unable to provide an update with respect to the vast majority of issues that remain outstanding and did not have any information from ED suggesting that it planned to make an additional release of records. On Wednesday, November 28, counsel for Public Citizen sent ED a revised chart from its August 22, 2018, letter, identifying (1) each of the documents or categories of documents that still appear not to have been produced, and (2) ED's statements and commitments on the October 11, 2018, call as to the search for those documents or its planned production. On November 29, Counsel for ED advised that he will not be able to devote additional time to this case until January 2019.

At this time, Public Citizen believes that the Court's involvement is needed to bring the document production in this case—which has been pending since March 2018—to a close. It therefore proposes that the Court order ED (1) to make any additional record disclosures it deems responsive to Public Citizen's FOIA request by January 15, 2019, taking into account any concerns expressed by Public Citizen in its administrative appeal regarding the adequacy of the search; its August 22, 2018, letter; and its recent update to that correspondence, and (2) to file a *Vaughn* declaration with this Court by February 1, 2019, describing the nature of its search for

---

[1] On November 15, ED reproduced to Public Citizen a legible copy of a previously disclosed record.

responsive records and justifying any withholdings. Public Citizen further proposes that the Court order a joint status report by February 21, 2019, as to whether further litigation is necessary and, if so, to propose a briefing schedule.

Defendant's statement:

Plaintiff mischaracterizes the parties' meet and confer discussions over the past three months. Plaintiff's August 22, 2018 letter raised a number of issues concerning the sufficiency of ED's searches. *See* Ex. 1 hereto (Pl.'s Aug. 22 letter and attachment). Defendant and its counsel have been working diligently throughout this period to investigate the issues that Plaintiff raised and to respond in a timely manner. The parties' counsel have held multiple lengthy teleconferences over the past few months to discuss Plaintiff's concerns with the sufficiency of the search, most recently on November 26. While there are still issues outstanding, the parties have made progress. The undersigned counsel for Defendant needed to reschedule the call that the parties had scheduled for November 15 due to immediate filing deadlines in other cases. The call took place on November 26. Just yesterday, November 28, Plaintiff provided Defendant an updated version of the August chart. *See* Ex. 2 hereto (Pl.'s Nov. 28 email and attachment). ED is currently looking into the outstanding issues and requires additional time to review and respond. Defendant is endeavoring to respond to Plaintiff's exhaustive questions about the search and to complete any further processing and releases in this matter as quickly as possible, but the work in this case must be balanced against the very heavy demands on ED and its counsel. Given the number of outstanding issues and based on the information currently available, Defendant is not in a position to commit to a final production date of January 15, 2019, as requested by Plaintiff. Defendant requests instead that the Court order the parties to file a further joint status report on or before that date.

Dated: November 29, 2018

 */s/ Julie A. Murray*
Julie A. Murray (D.C. Bar No. 1003807)
Patrick D. Llewellyn (D.C. Bar No. 1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
jmurray@citizen.org

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PUBLIC CITIZEN, INC.,

  *Plaintiff*,

  v.

U.S. DEPARTMENT OF EDUCATION,

  *Defendant*.

Civil Action No. 18-0691 (TNM)

## PLAINTIFF'S PROPOSED ORDER

In light of the parties' joint status report, it is hereby **ORDERED** that Defendant (1) make any additional record disclosures it deems responsive to Plaintiff's FOIA request by January 15, 2019, taking into account any concerns expressed by Plaintiff in its administrative appeal regarding the adequacy of the search; its August 22, 2018, letter; and its November 28 update to that correspondence, and (2) to file a *Vaughn* declaration with this Court by February 1, 2019, describing the nature of its search for responsive records and justifying any withholdings.

It is further **ORDERED** that the parties file a joint status report by February 21, 2019, as to whether further litigation is necessary and, if so, to propose a briefing schedule.

  **SO ORDERED.**

_____      _____
Date                 Trevor N. McFadden
                     United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>      *Defendant*. | Civil Action No. 18-0691 (TNM) |

**DEFENDANT'S PROPOSED ORDER**

In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a further joint status report with an update on the status of Defendant's record processing and the parties meet and confer discussions and proposing a schedule for further proceedings on or before January 15, 2019.

**SO ORDERED.**

_____                                   _____
Date                                                                              Trevor N. McFadden
                                                                                      United States District Judge