# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN, INC.,

*Plaintiff*,

v.

Civil Action No. 18-0691 (TNM)

U.S. DEPARTMENT OF EDUCATION,

*Defendant*.

## NOTICE OF WITHDRAWAL

Please take notice that Julie A. Murray hereby withdraws her appearance as counsel for plaintiff Public Citizen, Inc. in the above-captioned matter. Patrick Llewellyn shall remain counsel of record for plaintiff.

Dated: December 13, 2018

Respectfully submitted,

/s/ Julie A. Murray
Julie A. Murray
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
jmurray@citizen.org