**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00691 (TNM) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Public Citizen, Inc., submits this status report in response to the Court's Minute Order dated December 21, 2018. Due to the lapse in appropriations, counsel for Defendant U.S. Department of Education (ED) from the U.S. Attorney's Office is unable to participate substantively in the preparation and filing of this status report, but joins Plaintiff in requesting a continuation of the status conference currently scheduled for February 4, 2019, at 11:00 AM.

As explained in the parties' previous joint status report, ED made a supplemental production and response to Plaintiff on December 14, 2018. On December 21, 2018, Plaintiff's counsel sent an email to agency counsel and counsel from the U.S. Attorney's Office outlining Plaintiff's remaining questions and concerns with the production. The parties originally planned to schedule another teleconference during the first or second week of January, after agency counsel and counsel from the U.S. Attorney's Office both returned from annual leave. However, agency counsel did not return from annual leave until January 15, and counsel from the U.S. Attorney's Office is not permitted to work on this matter in light of the lapse in appropriations.

Agency counsel has remained willing to communicate with Plaintiff's counsel concerning the outstanding issues in this case, and agency counsel and Plaintiff's counsel have tentatively agreed to a teleconference next week to discuss the outstanding issues.

Accordingly, Plaintiff requests that the Court permit it to file another status report concerning whether there remain outstanding issues to be litigated in this case by February 8, 2019. In light of the lapse in appropriations, the parties jointly request that the Court continue the currently scheduled status conference to a date after the restoration of funding to the Department of Justice.

Dated: January 22, 2019                                Respectfully submitted,

/s/ Patrick D. Llewellyn
Patrick D. Llewellyn (D.C. Bar No. 1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
pllewellyn@citizen.org

*Counsel for Plaintiff*